United States Courts
Southern District of Texas
FILED

MAR 05 2020

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Crim. No. H-20-mj-442-1 |
| v. | § | |
| CARLOS A. CABRERA | § | |
| | § | |

## MOTION TO UNSEAL CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Edward F. Gallagher, Assistant U.S. Attorney, and respectfully makes the following requests:

I.

The United States respectfully requests the Court to Unseal the Criminal Complaint pertaining to the defendant listed in the above case. The United States further moves that this Motion and the accompanying Order shall be unsealed.

II.

The United States further requests that the copies, including certified copies of the Affidavit in Support of Criminal Complaint and Arrest Warrant

1

shall be provided to the United States Attorney's Office and the investigating

law enforcement agency upon their request and without further order of the

Court.

Respectfully submitted,

Edward F. Gallagher
Assistant U.S. Attorney