United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case No. 4:20mj-0442-1 |
| v. § | |
| § | |
| CARLOS A. CABREARA § | |

## ORDER TO UNSEAL CRIMINAL COMPLAINT

On this day came the Government's Motion to Unseal Criminal Complaint as to the above defendant, and the Court is of the opinion that said Motion should be, and the same is hereby, GRANTED.

IT IS, THEREFORE, ORDERED that the Criminal Complaint, as to the above defendant, be unsealed.

SIGNED at Houston, Texas, on this 6th day of March, 2020.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE